**Order entered April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00177-CV

### EX PARTE JOHN CLOUD

On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. X-13-1239-P

## ORDER

Before the Court are appellant's April 4, 2014 (1) request for scheduling order, in which appellant seeks an order directing the district clerk to file the record; and (2) request for extension of time to comply with the requirements of Texas Rule of Appellate Procedures 20.1(b) and 25.1(d), in which appellant seeks additional time to file an amended notice of appeal and amended affidavit of indigence. By letter dated March 31, 2014, we referred appellant's original affidavit of indigence to the trial court and set a deadline of April 10, 2014 for the filing of any contests and a deadline of April 21, 2014 for the hearing on any contests. Because the deadline for the hearing on the contest has not passed, we **GRANT** appellant's extension request. The amended affidavit and amended notice of appeal are considered timely filed. We refer the amended affidavit to the trial court pursuant to Texas Rule of Appellate Procedure 20.1(h)(4) and reset the applicable deadlines. Any contest to the amended affidavit must be filed by April 21, 2014 and the hearing on any contest must be held no later than May 1, 2014. Because the

determination of whether appellant is entitled to proceed without advance payment of costs has not been made, we **DENY** as premature appellant's request for scheduling order.

/s/    ELIZABETH LANG-MIERS
JUSTICE